# Siracusa, Appellant, *v.* Miller Construction Company.

Argued April 13, 1909. Appeal, No. 87, April T., 1909, by plaintiff, from judgment of C. P. Venango Co., Nov. T., 1907, No. 40, on verdict for defendant in case of T. Siracusa v. Miller Construction Company. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

Appeal from judgment of a justice of the peace in favor of the plaintiff. Before CRISWELL, P. J.

From the record it appeared that the sum in controversy was $33.99, and was for wages.

Verdict and judgment for defendant.

*Errors assigned* were rulings on evidence and various instructions, including the whole charge of the court, and particularly in saying to the jury "it appears to me that the weight of the evidence in this case is for the defendant."

*Gervaise G. Martin*, for appellant.

*A. R. Osmer*, with him *J. H. Osmer* and *N. F. Osmer*, for appellee.

PER CURIAM, July 14, 1909:

The six judges who heard this case being equally divided in opinion as to there being reversible error in the record, the judgment is affirmed.